UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
10/10/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ASI_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>YOUFENG HE,<br>　aka "Lin Feng,"<br><br>　　　　Defendant. | No. 2:24-cr-00605-MRA<br><br>I N F O R M A T I O N<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of 3,4-Methylenedioxymethamphetamine; 18 U.S.C. § 2(a): Aiding and Abetting] |

　　The United States Attorney charges:

　　　[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a)]

　　On or about June 22, 2022, in Los Angeles County, within the Central District of California, defendant YOUFENG HE, also known as "Lin Feng," aided and abetted by another, knowingly and intentionally distributed 3,4-Methylenedioxymethamphetamine,

/ / /

/ / /

/ / /

1 namely, approximately 1,893 grams of 3,4-Methylenedioxy-
2 methamphetamine, a Schedule I controlled substance.

```
                        E. MARTIN ESTRADA
                        United States Attorney

                        [signature]

                        MACK E. JENKINS
                        Assistant United States Attorney
                        Chief, Criminal Division

                        ANNE C. GANNON
                        Assistant United States Attorney
                        Chief, Santa Ana Branch Office

                        JENNIFER L. WAIER
                        Assistant United States Attorney
                        Deputy Chief, Santa Ana Branch Office
```